1

2

3

4

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                           SAN FRANCISCO DIVISION

10

11   LYNN STADE,                               No. C 12-04467 RS

12              Plaintiff,                      **CASE MANAGEMENT
                                                SCHEDULING ORDER**
13        v.

14   KINDER MORGAN G.P., KMGP
     SERVICES CO., and DOES 1-20,

15

16              Defendants.
     _____/

17

18        Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a

19   Case Management Conference on November 29, 2012.  After considering the Joint Case

20   Management Statement submitted by the parties and consulting with the attorneys of record for

21   the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

22        1.        ALTERNATIVE DISPUTE RESOLUTION.

23        PANEL MEDIATION.  The parties are hereby REFERRED to the ADR Department for

24   panel mediation to take place within the next 90 days, if possible.

25        2.        DISCOVERY.

26        On or before August 20, 2013 all non-expert discovery shall be completed by the parties.

27   Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-

28   five (25) interrogatories per party, including all discrete subparts; (c) a reasonable number of

CASE MANAGEMENT SCHEDULING ORDER

1 requests for production of documents or for inspection per party; and (d) a reasonable number of

2 requests for admission per party.

3      3.     EXPERT WITNESSES.  The disclosure and discovery of expert witnesses and

4 opinions shall proceed as follows:

5      A.     On or before December 2, 2013, parties will designate experts in accordance with

6 Federal Rule of Civil Procedure 26(a)(2).

7      B.     On or before December 20, 2013, parties will designate their supplemental and

8 rebuttal experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

9      4.     FURTHER CASE MANAGEMENT CONFERENCE.  A Further Case

10 Management Conference shall be held on **August 29, 2013 at 10:00 a.m.** in Courtroom 3, 17th

11 Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  The

12 parties shall file a Joint Case Management Statement at least one week prior to the Conference.

13      5.     PRETRIAL MOTIONS.  All pretrial motions must be filed and served pursuant to

14 Civil Local Rule 7.  All pretrial motions shall be heard no later than October 31, 2013.

15      6.     PRETRIAL CONFERENCE.  The final pretrial conference will be held on

16 **February 13, 2014 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450

17 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the

18 case shall attend personally.

19      7.     TRIAL DATE.  A jury trial shall commence on **February 24, 2014 at 9:00 a.m.**,

20 in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco,

21 California.

22      IT IS SO ORDERED.

24 DATED:   11/29/12

26      RICHARD SEEBORG
     United States District Judge

27      CASE MANAGEMENT SCHEDULING ORDER

2